

In re MACTHWAITE OIL & GAS CO.'S ASSESSMENT.

No. 23011.    March 28, 1933.

Withdrawn, Corrected, and Refiled April 11, 1933.

Withdrawn, Corrected, and Refiled Sept. 28, 1933.

King & Delaney, for appellant.

C. W. King and J. Berry King, Atty. Gen., for appellee.

WELCH, J.  The question involved in this action is identical with the question involved in cause No. 23008, entitled, "In the Matter of the Assessment for Taxation Purposes Upon the Property of the Earlsboro Gas Company, a Corporation, Doing Business in the State of Oklahoma, for the Year 1931," 165 Okla. 40, 25 P. (2d) 632, this day dismissed by decision of this court.  The causes were briefed jointly by permission of this court, and have been by the court considered jointly, upon briefs filed, for the purpose of a determination of the issues raised by motions to dismiss.

The decision adopted in that case is adopted as the decision in this case.

The appeal is therefore dismissed.

RILEY, C. J., CULLISON, V. C. J., and SWINDALL, ANDREWS, McNEILL, OSBORN, and BUSBY, JJ., concur.  BAYLESS, J., absent.

King & Delaney, for appellant.

C. W. King and J. Berry King, Atty. Gen., for appellee.

WELCH, J. The question involved in this action is identical with the question involved in cause No. 23008, entitled, "In the Matter of the Assessment for Taxation Purposes Upon the Property of the Earlsboro Gas Company, a Corporation, Doing Business in the State of Oklahoma, for the Year 1931," 165 Okla. 40, 25 P. (2d) 632, this day dismissed by decision of this court. The causes were briefed jointly by permission of this court, and have been by the court considered jointly, upon briefs filed, for the purpose of a determination of the issues raised by motions to dismiss.

The decision adopted in that case is adopted as the decision in this case.

The appeal is therefore dismissed.

RILEY, C. J., CULLISON, V. C. J., and SWINDALL, ANDREWS, McNEILL, OSBORN, and BUSBY, JJ., concur. BAYLESS, J., absent.

## STERLING REFINING CO. et al. v. WALKER et al.

No. 24766. Opinion Filed Aug. 16, 1933.

As Corrected on Denial of Rehearing Sept. 12, 1933.

Sid White, Harry O. Glasser, and N. Scarritt, for petitioners.

Edwin C. Dabney, Proration Attorney (Hayes, Richardson, Shartel, Gilliland & Jordan, of counsel), for respondents.

BUSBY, J. This is an original action commenced in this court on the 8th day of